# MEMORANDUM DECISIONS.

BATE REFRIGERATING CO. v. SULZBERGER. (Circuit Court of Appeals, Second Circuit. October 11, 1897.) No. 82. Appeal from the Circuit Court of the United States for the Southern District of New York. Charles E. Mitchell, for appellant. Hoffman Miller, for appellee. No opinion. Judgment affirmed.

BUTLER v. UNITED STATES. (Circuit Court of Appeals, Third Circuit. March Term, 1899.) In Error to the District Court of the United States for the Eastern District of Pennsylvania. Before ACHESON and DALLAS, Circuit Judges, and BUFFINGTON, District Judge.

PER CURIAM. For the reasons stated in the case of Wilkins v. U. S. (C. C. A.; March Term, 1899) 96 Fed. 837, this case is affirmed. The record will be remitted to the district court, with directions to enforce the sentence imposed.

CARTER–CRUME CO. v. ASHLEY et al. (Circuit Court of Appeals, Second Circuit. November 10, 1897.) No. 3. Appeal from the Circuit Court of the United States for the Northern District of New York. James A. Allen, for appellant. Charles H. Duell, for appellee. Dismissed on motion of appellee, pursuant to the twenty-second rule. See 68 Fed. 378.

In re CHU AH QUAN. (Circuit Court of Appeals, Second Circuit. November 16, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. William C. Beecher, for appellant. Wallace Macfarlane, U. S. Atty., for appellee. Dismissed for failure to docket, pursuant to the sixteenth rule.

DELAWARE, L. & W. R. CO. v. PROBASCO. (Circuit Court of Appeals, Second Circuit. September 30, 1897.) In Error to the Circuit Court of the United States for the Northern District of New York. Rogers, Locke & Millburn, for plaintiff in error. Clark & Tuthill, for defendant in error. Dismissed for failure to docket, pursuant to the sixteenth rule.

DIME SAV. BANK OF DETROIT v. MANUFACTURERS' PAPER CO. (Circuit Court of Appeals, Sixth Circuit. July 5, 1899.) In Error to the Circuit Court of the United States for the Eastern District of Michigan. Edwin F. Conely, for plaintiff in error. Leo. M. Butzel, for defendant in error. No opinion. Judgment affirmed.